**Adolfus O'Brien GILES,**
**Plaintiff–Appellant,**

v.

**WAL–MART STORES EAST,**
**LP, Defendant–Appellee.**

No. 10–15196
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 16, 2011.

Adolfus O'Brien Giles, Monroe, GA, pro se.

Charlotte Main, Charlotte Kaye McClusky, Matthew Gerard Laflin, Littler Mendelson, PC, Atlanta, GA, for Defendant–Appellee.

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Adolfus Giles appeals *pro se* the dismissal with prejudice of his complaint of employment discrimination against Wal–Mart Stores East, L.P. The district court ruled that Giles's complaint is barred by res judicata. Giles filed, in the same court, the same complaint against the same defendant a year earlier, and we affirmed the dismissal of that complaint. *Giles v. Wal–Mart Distribution Ctr.,* 359 Fed.Appx. 91 (11th Cir.2009). Giles's second complaint is clearly barred by res judicata. We affirm.

**AFFIRMED.**